Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rk_sslaw@speakeasy.net

Attorneys for Plaintiff
Gillermo Barajas

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| GILLERMO BARAJAS, | Case No.: 1:10-cv-1291 DLB |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE DENNIS L. BECK, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Gillermo Barajas ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

-1-

("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.

DATE: March 17, 2011        Respectfully submitted,

                                         ROHLFING & KALAGIAN, LLP

                                         /s/ *Marc V. Kalagian*
BY: _____
Marc V. Kalagian
Attorney for plaintiff Gillermo Barajas

DATE: March 17, 2011

                                         BENJAMIN B. WAGNER
United States Attorney

                                         /s/ *Elizabeth Firer*
_____
Elizabeth Firer
Special Assistant United States Attorney
Attorneys for Defendant Michael J. Astrue,
Commissioner of Social Security
(Per e-mail authorization)

IT IS SO ORDERED.

DATE:  March 18, 2011
                                         /s/ Dennis L. Beck
                                         _____
                                         THE HONORABLE DENNIS L. BECK
                                         UNITED STATES MAGISTRATE JUDGE